**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TEACHERS INSURANCE AND ANNUITY
ASSOCIATION OF AMERICA,

      Plaintiff,

  v.

DEUTSCHE BANK AG; DEUTSCHE BANK
SECURITIES, INC.; DB STRUCTURED
PRODUCTS INC.; ACE SECURITIES CORP.;
and DEUTSCHE ALT-A SECURITIES INC.,

      Defendants.

No. 11-cv-6141 (JSR)

ECF Case



### NOTICE OF WITHDRAWAL OF APPEARANCE

TO:   THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE THAT Ann M. Lipton is no longer associated with Bernstein Litowitz Berger & Grossmann, LLP, and is hereby withdrawn as Counsel for Plaintiffs, Teachers Insurance and Annuity Association of America, in the above-captioned action. Bernstein Litowitz Berger & Grossman, LP, through the undersigned counsel of record, continues to serve as Counsel for Plaintiffs, Teachers Insurance and Annuity Association of America in this action and all future correspondence and papers in this action should continue to be directed to them.

Dated: June 12 2013

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

/s/ David L. Wales

Gerald H. Silk
David L. Wales
Rebecca E. Boon
Katherine A. Stefanou
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444
jerry@blbglaw.com
dwales@blbglaw.com
rebecca.boon@blbglaw.com
katherine.stefanou@blbglaw.com
*Counsel for Plaintiffs Dexia SA/NV, Dexia Holdings, Inc., FSA Asset Management LLC, and Dexia Crédit Local SA*

6/14/13

**SO ORDERED:**

_____
U.S.D.J.

2